

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 4:05CR44HTWAGN

TRENA REASOR

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, TRENA REASOR, without prejudice.

                                                      DUNN LAMPTON
                                                     United States Attorney

                                       By:   H. COLBY LANE
                                                Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 4th day of August, 2006.

                                                                    UNITED STATES DISTRICT JUDGE